4-9-04

IN THE FOURTH CIRCUIT COURT
OF WEST VIRGINIA

STEVEN M. HUNTER,
    Petitioner / Plaintiff

v.

MARTY C. ANDERSON, WARDEN,
    Defendant / Respondent,

v.

FEDERAL BUREAU OF PRISON,
    Defendant / Respondent

FILED APR 12 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

5:04-0350

EMERGENCY INJUNCTION THAT THIS HONORABLE COURT ISSUE AN ORDER DIRECTING THE DEFENDANTS AND RESPONDENTS TO STOP INTERFERRING WITH PETITIONER'S/PLAINTIFF'S ATTEMPTS TO EXHAUST AND OR PURSUE THE ADMINISTRATIVE REMEDIES, HARASSING, AND RETALIATING AGAINST PETITIONER / PLAINTIFF.

This comes before this court when Prison officials at FCI Beckley, in which consist of Marty C. Anderson, the Warden, Counselor Midgley, Unit Manager Rowe, Assistant Warden Sue Enfield and

4-9-04

related Federal Bureau of Prison Officials doing the stated Action, requested in this request for an Emergency Restraining Injunction to be entered.

Sincerely,

Steven Hunter
#03704-017
FCI Beckley
P.O. Box 350
Beaver, W.V. 25813

Copies To:
MR. Marty C. Anderson, Warden
FCI Beckley
PO Box 350
Beaver, W.V. 25813

MR. Harley Lappin, Director of FBOP
320 First St. N.W.
Washington, DC

Mrs. Moncia Dillon, Attorney
1600 Industrial Park Road
Beaver, W.V. 25813

B2 of 2